

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Kenneth H. Archibald and Archibald & Associates, Inc., | § | No. 08-22-00091-CV |
| | § | Appeal from the |
| Appellants, | § | 327th District Court |
| v. | § | of El Paso County, Texas |
| El Paso Orthopedic Surgery Group, P.A., Brett Henderson, M.D. and The Medical Protective Company, | § | (TC# 2015-DCV2669) |
| | § | |
| Appellees. | § | |

# O R D E R

Pending before the Court is a petition for permissive appeal filed by Kenneth H. Archibald and Archibald & Associates, Inc. *See* TEX.R.APP.P. 28.3. The petition is GRANTED. Pursuant to Rule 28.3(k), a notice of appeal is deemed to have been filed by Kenneth H. Archibald and Archibald & Associates, Inc. on the date of this order and the appeal will be governed by the rules applicable to accelerated appeals. Kenneth H. Archibald and Archibald & Associates, Inc. is directed to take all necessary steps to cause the appellate record to be filed. *See* TEX.R.APP.P. 34.5, 34.6. The clerk's record and the reporter's record, if any, are due to be filed no later than June 21, 2022. The Clerk of the Court shall file a copy of this order with the trial court clerk. *See* TEX.R.APP.P. 28.3(k).

IT IS SO ORDERED this 1st day of June, 2020.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.